UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GAYLE FREESE,

                     Plaintiff,

- against -

RONALD WILLA, WARREN WARTELL,
EUNICE RO, THOMAS EDWARDS, PETER
M. BAIGENT, CHRISTINE OSTER, LOCAL 1102
RETAIL WHOLESALE AND DEPARTMENT
STORE UNION UNITED FOOD AND
COMMERCIAL WORKERS UNION,
FACULTY-STUDENT ASSOCIATION OF
THE STATE UNIVERSITY OF NEW YORK
AT STONY BROOK, INC.,
UNDERGRADUATE STUDENT
GOVERNMENT,

                     Defendants.
------------------------------------------------------------------X

09-CV-3610(LCW)(MLO)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff Gayle Freese and for Defendant Local 1102, Retail Wholesale and Department Store Union, United Food and Commercial Workers Union ("Union") in the above entitled proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the proceeding, that the above entitled proceeding be, and the same hereby is discontinued with prejudice as to Defendant Union, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 22, 2009

| LAW OFFICES OF LEE M. ZELDIN, ESQ. | LAW OFFICES OF RICHARD M. GREENSPAN, P.C. |
|---|---|
| Lee M. Zeldin, Esq.<br>*Attorneys for Plaintiff*<br>180 East Main Street, Suite 308<br>Smithtown, New York 11787<br>Tel. (631) 645-1380 | Richard M. Greenspan, Esq. (RG 5525)<br>*Attorneys for Defendant Local 1102Retail*<br>*Wholesale Department Store Union United*<br>*Food and Commercial Workers Union*<br>220 Heatherdell Road<br>Ardsley, New York 10502<br>Tel. (914) 478-2801<br>Fax (914) 478-2913 |

SO ORDERED.

Dated: Central Islip, N.Y.

10/27/2009

Leonard D. Wexler
U.S. District Judge

f:\cmargiotta\wpdocs09\UPSEU\Stip's\Wyandanch_Art78_Discontinue_Stip.wpd

2